STATE OF CONNECTICUT *v.* RAFAEL CRESPO, JR.

The defendant's petition for certification for appeal from the Appellate Court, 114 Conn. App. 346 (AC 28373), is granted, limited to the following issue:

"Did the Appellate Court properly uphold the trial court's preclusion of impeachment evidence regarding the complainant's prior sexual conduct?"

The Supreme Court docket number is SC 18403.

*Alice Osedach*, assistant public defender, in support of the petition.

*Robert J. Scheinblum*, senior assistant state's attorney, in opposition.

Decided June 30, 2009

STATE OF CONNECTICUT *v.* WILLIE A. SAUNDERS

The defendant's petition for certification for appeal from the Appellate Court, 114 Conn. App. 493 (AC 28596), is denied.

*Arthur L. Ledford*, special public defender, in support of the petition.

*Melissa Patterson*, deputy assistant state's attorney, in opposition.

Decided June 30, 2009